SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234
derek.owens@usdoj.gov

Attorneys for Applicant

FILED
MAR -2 PM 2:31
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN THE MATTER OF A
CRIMINAL COMPLAINT

)
)
)
)
)
)

No. 3 07-70028 JL

**UNITED STATES' MOTION TO
UNSEAL CRIMINAL COMPLAINT
AND RELATED DOCUMENTS AND
[PROPOSED] ORDER**

The United States hereby moves the Court for an order unsealing the above captioned Criminal Complaint and Affidavit, and the Sealing Motion and Order originally accompanying those documents, until further order of the Court. This Court's Order of Release Conditions, specifically the requirement forbidding the defendant to contact, or attempt to contact, the victim and/or witnesses in this case, have addressed the United States' concerns for victim/witness safety.

DATED: March 1, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

_/s/_____
DEREK R. OWENS
Special Assistant United States Attorney

1
2                                    **ORDER**
3
4       Based upon the motion of the United States, and for good cause shown, IT IS HEREBY
5  ORDERED that the above captioned United States' Criminal Complaint and attached Affidavit,
6  along with the Sealing Motion and Order originally accompanying those documents, shall be
7  unsealed until further order of the Court.
8
   DATED: 2-7-07
9
                                              HON. MARIA-ELENA JAMES
10                                            United States Magistrate Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28