1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff(s),

  vs.

RYAN M. FARRELL,

          Defendant(s).
_____/

No. CR 07-0714 MAG

**ORDER CONTINUING NOTICED HEARING DATE**

      Pending before the Court is Defendant's Motion to Dismiss for Lack of Jurisdiction.  Please take notice that the Court hereby CONTINUES the noticed hearing date to June 21, 2007 at 10:00 a.m.  The United States shall file and serve any opposition by May 31, 2007, and Defendant shall file and serve any reply by June 7, 2007.

      **IT IS SO ORDERED.**

Dated: May 17, 2007

                       _____
                       MARIA-ELENA JAMES
                       United States Magistrate Judge