IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>RYAN M. FARRELL,<br><br>        Defendant(s).<br>_____/ | No. CR 07-0174 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On May 15, 2007, Defendant Ryan M. Farrell filed a Motion to Dismiss for Lack of Jurisdiction. (Doc. #10.) The Court schedule a hearing on June 21, 2007, ordered the government to file an opposition by May 31, and ordered Farrell to file a reply by June 7. (Doc. #15.) Although the government filed an opposition, Farrell has not filed a reply. Accordingly, the Court ORDERS Farrell to show cause why his motion should not be denied for failure to respond to the government's opposition. Farrell shall **e-file** a declaration no later than June 18, 2007, and the Court shall hold a hearing on the matter on June 21, 2007 at 10:00 a.m. in Courtroom B. If it is Farrell's intention to withdraw his motion to dismiss, he shall **e-fil**e a notice of withdrawal by June 18 and the hearing and this OSC shall be vacated.

**IT IS SO ORDERED.**

Dated: June 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge